UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VANESSA L. SEAVER,<br><br>    Defendant. | NO. CR-08-087-RHW-2<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |

Before the Court are Defendant's Motion to Modify Conditions of Supervised Release (Ct. Rec. 85) and Motion to Expedite Hearing thereupon (Ct. Rec. 87). These motions were heard on an expedited basis without oral argument. Defendant asks that the Court modify the conditions of her supervised release to allow her to visit co-Defendant Amos with their minor child at the Spokane County Jail. Defendant represents that Probation and the Government have no objection to this request.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Conditions of Supervised Release (Ct. Rec. 85) and Motion to Expedite Hearing thereupon (Ct. Rec. 87) are **GRANTED.**

2. Defendant is allowed to visit co-Defendant Orlo James Amos with their minor child at the Spokane County Jail.

///

///

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order and forward copies to counsel, the U.S. Probation Office, and the U.S.
3  Marshal Service.
4      **DATED** this 10th day of November, 2009.

6          *s/Robert H. Whaley*
7          ROBERT H. WHALEY
        United States District Court

12 Q:\CRIMINAL\2008\08-087\Seavers\grant.modify.ord.wpd

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY
CONDITIONS OF SUPERVISED RELEASE** * 2